**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**INTERIOR FUSION, LLC,**

**Plaintiff,**

**vs.** **Case No. 8:11-cv-2397-T-27TBM**

**GLOBAL TRANSPORTATION SYSTEMS,**

**Defendant.**

_______________________________________/

## ORDER

**BEFORE THE COURT** is Plaintiff's notice of voluntary dismissal without prejudice (Dkt. 34). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff has dismissed this action without prejudice. All pending motions are DENIED as moot. The Clerk is directed to CLOSE the file.

**DONE AND ORDERED** this 10th day of May, 2012.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record